168 A.3d 1165

IN THE MATTER OF SUPERINTENDENT OF WEIGHTS
AND MEASURES, HUDSON COUNTY (COUNTY OF
HUDSON—PETITIONER)

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001648–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

168 A.3d 1166

IN THE MATTER OF SHIPYARD ASSOCIATES LP WATERFRONT DEVELOPMENT PERMIT AND WATER QUALITY CERTIFICATE NO. 0905–07–0001.2 WFD 110001 (HUDSON TEA BUILDINGS CONDOMINIUM ASSOCIATION, INC.—PETITIONER)

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4873/5004–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.